IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James R. Williamson                        :
                                           :
              v.                           :        No. 386 C.D. 2015
                                           :
Commonwealth of Pennsylvania,              :
Department of Transportation,              :
Bureau of Driver Licensing,                :
                      Appellant            :

PER CURIAM

O R D E R

AND NOW, this 16th day of December, 2015, it is ordered that the above-captioned opinion filed on October 23, 2015, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.